THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES H. MULLENS and WILLIAM SOLOMON, Appellants.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GIUSEPPE FANTACCI, Respondent, v. HARRY SOLODOW et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PROMPT TRADING CORPORATION, Appellant, v. WEISSMAN & RAYMOND, INC., et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAX SINGER, Respondent, v. JOHN F. DULLES et al., Defendants, and RAY MORRIS et al., Appellants.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ; Cohn and Callahan, JJ., dissent on the authority of Brock v. Poor (216 N. Y. 387).

NAMSTRAD, INCORPORATED, Appellant and Respondent, v. OLAVARRIA & CO., INC., Respondent and Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ; Callahan, J., dissents and votes to reverse and grant a new trial, on the ground that it was error for the trial court to limit plaintiff to nominal damages as a matter of law.

JOHN F. DAILEY, JR., as Trustee, et al., Respondents, v. GLENTOWNE COAT CO., INC., et al., Defendants, and HARRY GIDINSKY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.